■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER TOWLES, Appellant.

Defendant contends that his first felony conviction could not serve as a basis for sentencing him as a second felony offender because prior to the plea resulting in the original felony conviction he was not advised that he would thereafter be subject to enhanced punishment for a subsequent felony conviction. This contention is without merit (*People v Harris,* 61 NY2d 9; *People v McGrath,* 43 NY2d 803; *People v Sirianni,* 89 AD2d 775).

We have considered defendant's other contention and find it to be without merit. Mollen, P. J., Mangano, Thompson and O'Connor, JJ., concur.